UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:25-cv-02414-ODW-MAR**                                              Date:  September 12, 2025

Title  *Eric Horn et al v. County of Los Angeles et al*

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Valerie Velasco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On March 17, 2025, Eric and Helen A. Horn ("Plaintiffs") proceeding pro se, filed a Complaint ("Complaint") pursuant to 42 U.S.C. § 1983.  ECF Docket No. ("Dkt.") 1.

On March 19, 2025, the clerk issued summons on the Defendants.  Dkt. 2.  The Court issued an initial order on March 24, 2025.  Dkt. 5.  Both the summons and the order were returned to the Court as undeliverable on April 1, 2025, though Plaintiffs filed a notice of change of address on April 11, 2025.  Dkts. 6–14.  Since the filing of their Complaint, the Plaintiffs have not corresponded with the Court at all.

To date, Plaintiffs have not filed any proofs of service.  In fact, Plaintiffs have not communicated with the Court at all in nearly six months.  Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order, **by October 6, 2025**, why this action should not be dismissed under Rule 41(b) for failure to prosecute.  See Fed. R. Civ. P. 41(b).  **Out of an abundance of caution, the Clerk is instructed to mail copies of the summons to Plaintiffs' updated address along with this order.**

**Failure to respond to the Court's Order may result in the dismissal of the action.**

**IT IS SO ORDERED.**

Initials of Preparer   :
                      vv