UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC HORN, et al., | Case No. 2:25-cv-02414-ODW-ACCV |
| Plaintiffs, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Court accepts the Findings and Recommendation of United States Magistrate Judge.

DATED: May 12, 2026

HON. OTIS D. WRIGHT, II
United States District Judge