JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### __WESTERN DIVISION

| | |
|---|---|
| ERIC HORN, et al., | Case No. 2:25-cv-02414-ODW-ACCV |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

DATED:  May 12, 2026

_____
HON. OTIS D. WRIGHT, II
United States District Judge